UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZAHIDA KOVACEVIC,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:23-cv-135

HONORABLE PAUL L. MALONEY

**JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  March 15, 2024

    /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge